CJF12.4.19
CG/CR: 2019R00328

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 DEC 5 PM 5: 54

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: CCB-19-0575 |
| | : | |
| v. | : | (Conspiracy to Distribute and Possess |
| | : | with the Intent to Distribute Controlled |
| DAVANTE HARRISON, | : | Dangerous Substances, 21 U.S.C. § 846; |
| a/k/a "YGG Tay," and | : | Possession with Intent to Distribute |
| CHRISTOPHER JERRY, | : | Controlled Dangerous Substances, |
| | : | 21 U.S.C. § 841(a); Possession of a Firearm |
| Defendants. | : | by a Prohibited Person, 18 U.S.C. 922(g); |
| | : | Possession of a Firearm in Furtherance |
| | : | of a Drug Trafficking Crime, |
| | : | 18 U.S.C. 924(c); and Aiding and Abetting, |
| | : | 18 U.S.C. §2; Forfeiture, 21 U.S.C. § 853, |
| | : | 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c)) |

...o0o...

## INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute
Controlled Dangerous Substances)

The Grand Jury for the District of Maryland charges that:

From on or about October 2019 and continuing until in or about November 2019, in the

District of Maryland and elsewhere, the defendants,

**DAVANTE HARRISON**
**a/k/a "YGG Tay," and**
**CHRISTOPHER JERRY**

did knowingly and willfully combine, conspire, confederate and agree with each other and others

known and unknown to the Grand Jury to distribute and possess with intent to distribute 400 grams

or more of a mixture or substance containing a detectable amount of fentanyl, a schedule II

controlled substance; 100 grams or more of a mixture or substance containing a detectable amount

1

of heroin, a Schedule I controlled substance; a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectible amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 846
18 U.S.C. § 2

## COUNT TWO
**(Possession with Intent to Distribute Heroin)**

The Grand Jury for the District of Maryland further charges that:

On or about November 25, 2019, in the District of Maryland, the defendant,

### DAVANTE HARRISON,
### a/k/a "YGG Tay"

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

3

## COUNT THREE
**(Possession of Firearm by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about November 25, 2019, in the District of Maryland, the defendant,

**DAVANTE HARRISON,**
**a/k/a "YGG Tay"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm to wit: a Glock 23 .40 caliber, semi-automatic pistol with serial number WKE393, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT FOUR
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about November 25, 2019, in the District of Maryland, the defendant,

**DAVANTE HARRISON,**
a/k/a "YGG Tay"

did knowingly possess a firearm, specifically a Glock 23 .40 caliber, semi-automatic pistol with a serial number of WKE393, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute heroin and cocaine as charged in Count Two of this Indictment.

18 U.S.C. § 924(c)

5

## COUNT FIVE
### (Possession with Intent to Distribute Controlled Dangerous Substances)

The Grand Jury for the District of Maryland further charges that:

On or about November 25, 2019, in the District of Maryland, the defendant,

### CHRISTOPHER JERRY,

did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a schedule II controlled substance; 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectible amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SIX
### (Possession of Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about November 25, 2019, in the District of Maryland, the defendant,

**CHRISTOPHER JERRY**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Smith and Wesson, M&P 9mm semi-automatic pistol with serial number DVT5823 and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT SEVEN
## (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about November 25, 2019, in the District of Maryland, the defendant,

**CHRISTOPHER JERRY,**

did knowingly possess a firearm, specifically a Smith and Wesson, M&P, 9mm semi-automatic pistol with serial number DVT5823 and a Beretta, .25 caliber, semi-automatic pistol with serial number B54043, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute 400 grams or more of fentanyl, 100 grams or more of heroin, cocaine base, and cocaine as charged in Count Five of this Indictment.

18 U.S.C. § 924(c)

8

## FORFEITURE

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of the defendants' convictions under Counts One through Seven of this Superseding Indictment.

### Narcotics Forfeiture

2. As a result of the offenses set forth in Counts One, Two, and Five, the defendants shall forfeit:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. The property to be forfeited includes any funds that were furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges and was used or intended to be used to facilitate a violation of the Controlled Substances Act.

## Firearms Forfeiture

4. As a result of the offenses set forth in Counts Three, Four, Six, and Seven, incorporated here, the defendants shall forfeit to the United States the firearms identified in those counts and involved in those offenses.

## Substitute Assets

1. Pursuant to Title 21, United States Code, Section 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendants up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853
18 U.S.C. § 982(a)(1)
28 U.S.C. § 2461(c)

*Robert K. Hur*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**  12/5/19

Foreperson                           Date

11