IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No.:   1:19-cr-00575-CCB |
| **DAVANTE HARRISON, et. al.** | * | |

**REQUEST FOR DETENTION HEARING**

Davante Harrison, by counsel, hereby requests that a detention hearing be held as soon as practicable for the Court and the Government and further states:

1. On November 26, 2019, Mr. Harrison appeared for his initial hearing before the Court.

2. A detention hearing was scheduled for December 2, 2019

3. At the hearing on December 2, 2019, the Defendant consented to detention, reserving his right to request a detention hearing in the future.

4. Mr. Harrison is now ready to pursue his release at a detention hearing.

5. Please set in a hearing at the earliest opportunity convenient to the Court and Government counsel.

Respectfully submitted,

_____/s/_____
Thomas W. Rafter
Law Office of Thomas W. Rafter
8 East Mulberry Street
Baltimore, MD 21201
Bar #19530
(410) 299-8224
tom@tomrafterlaw.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th of March, 2020, a copy of the foregoing Request was served electronically by email to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, MD 21201, and all defense counsel.

_____/s/_____
Thomas W. Rafter