IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                                   Case No.   CCB-19-0575

**Davante Harrison**

\*\*\*\*\*\*

## ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

### PART I: FINDINGS OF FACT

☒ (1) This is a case in which the government may properly seek detention.

☒ (2) The defendant is charged under: 18 U.S.C. 922(g)(1), 21 U.S.C. 841, 846, 18 U.S.C. 924(c)

☒ (3) The maximum term of imprisonment, if convicted, is: life imprisonment

☒ (4) Based on the government's proffer there is probable cause to believe that the defendant committed the offense(s) charged.

    ☒ The government is entitled to a presumption under § 3142 (e) **[describe in Part II]**.

    ☒ The defendant has failed to rebut this presumption [as to flight risk] or [as to danger].

☒ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☒ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☒ (7) I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure the defendant's presence at trial or as otherwise required and the safety of the community.

### PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION

The nature and circumstances of the offense and uncharged criminal conduct are very serious, and the weight of the evidence is strong. It is alleged that Mr. Harrison was the subject of a year-long FBI investigation into a drug-trafficking organization that Mr. Harrison led. Mr. Harrison was not a street-level hitter. This investigation culminated in the defendant's arrest on Nov. 25, 2019, during which the agents found a loaded Glock on his person with an extended capacity magazine. They also recovered $9,200 in cash and a distribution-level amount of fentanyl. Recovered from his cell phone one year earlier were texts messages indicating his interest in firearms and pictures of firearms. On the same day of his arrest, officers recovered fentanyl, heroin, and cocaine at a home they observed Mr. Harrison utilize with other co-defendants believe to be a stash house. At that home, they also recovered two firearms. Mr. Harrison's proposed third-party custodian was not suitable.

FILED ___ ENTERED
LOGGED ___ RECEIVED

MAR 31 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

U.S. District Court (9/2009) Criminal Magistrate Forms: Order of Detention

   The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

| | |
|---|---|
| March 31, 2020 | _____ |
| Date | Deborah L. Boardman |
| | United States Magistrate Judge |