**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

August 4, 2020

MEMORANDUM TO COUNSEL

      Re:     *United States v. Davonte Harrison, et al.*
              Criminal No. CCB-19-0575

Dear Counsel:

      This will confirm the results of our conference call today. To permit the government to complete providing discovery, and allow defense counsel time to review that discovery, no motions deadline will be set at this point.  A status report is due from government counsel, after conferring with defense counsel, by October 2, 2020.  Further, the government will file an amended motion to exclude time under the Speedy Trial Act.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

              Sincerely yours,

              /S/

              Catherine C. Blake
              United States District Judge