

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Christine Goo*                        *Suite 400*                      *DIRECT: 410-209-4924*
*Assistant United States Attorney*        *36 S. Charles Street*           *MAIN: 410-209-4800*
*Christine.Goo@usdoj.gov*              *Baltimore, MD 21201-3119*     *FAX: 410-962-0717*

November 5, 2020

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

       RE:     United States v. Davante Harrison, et al.
                   Criminal Number CCB 19-575

Dear Judge Blake:

       This is the fourth status letter for the above-captioned case. There are two defendants charged in this case. The Government has had plea negotiations with both Defendants.

       The Government requests that the Court allow for another status report in 60 days so that the Government may continue plea negotiations with both parties. Counsel for Christopher Jerry, Tyler Mann, does not oppose this request. Counsel for Davante Harrison, John Cox, is prepared to set a trial date in this matter.

       Please let me know if there are any questions.

                                                          Sincerely,

                                                           Robert K. Hur
                                                           United States Attorney

                                                           ____/S/_____
                                                           Christine Goo
                                                           Assistant United States Attorney

CC:     Tyler Mann, Esquire
           John Cox, Esquire