**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

November 10, 2020

MEMORANDUM TO COUNSEL

Re: *United States v. Davonte Harrison, et al.*
Criminal No. CCB-19-0575

Dear Counsel:

This will confirm the results of our conference call today. A further status report is due December 18, 2020, addressing the status of any plea negotiations and also whether either defense counsel expects to file motions. The one-week jury trial of this case has been scheduled for April 19, 2021, if public health conditions permit. A date for a pretrial conference will be set at a later time

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge