

**U.S. Department of Justice**

*United States Attorney
District of Maryland*

*Christine Goo*
*Assistant United States Attorney*
*Christine.Goo@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4924*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

March 4, 2021

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      RE:    United States v. Davante Harrison, et al.
                Criminal Number CCB 19-575

Dear Judge Blake:

      This is the sixth status letter for the above-captioned case. There are two defendants charged in this case. The Government's plea negotiations with both Defendants continue to date. The Government has not been informed of any motions that defense counsel anticipates filing.

      Please let me know if there are any questions.

                                    Sincerely,

                                    Robert K. Hur
                                    United States Attorney

                                    _____/S/_____
                                    Christine Goo
                                    Assistant United States Attorney

CC:    Tyler Mann, Esquire
           John Cox, Esquire