**CHAMBERS OF**
**CATHERINE C. BLAKE**
**DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

March 17, 2021

MEMORANDUM TO COUNSEL

Re:     *United States v. Harrison, et al.*
        Criminal No. CCB-19-575

Dear Counsel,

This will confirm the results of our conference call yesterday. Because of difficulties in review of discovery and communication with their clients caused by the coronavirus pandemic, defense counsel have requested to postpone the trial date. Counsel also anticipate this time would be helpful for plea negotiations. The government agrees. Accordingly, the one-week jury trial of this case now set for April 19, 2021, is Postponed until August 16, 2021. A status report is due May 14, 2021, regarding the progress of discovery and the likelihood there may be a resolution as to one or both defendants without the necessity for trial.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge