

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Christine Goo*
*Assistant United States Attorney*
*Christine.Goo@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4924*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

May 14, 2021

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

  RE: United States v. Davante Harrison, et al.
     Criminal Number CCB 19-575

Dear Judge Blake:

  This is the seventh status letter for the above-captioned case. There are two defendants charged in this case. The Government spoke with counsel for both Mr. Harrison and Mr. Jerry yesterday. Both Mr. Jerry and Mr. Harrison have asked their attorneys to file motions to suppress and intend to proceed to trial

  Please let me know if there are any questions.

              Sincerely,

              Jonathan F. Lenzner
              Acting United States Attorney

              ____/S/_____
              Christine Goo
              Assistant United States Attorney

CC: Tyler Mann, Esquire
   John Cox, Esquire