UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

June 4, 2021

MEMORANDUM TO COUNSEL

    Re:    *United States v. Davonte Harrison, et al.*
             Criminal No. CCB-19-0575

Dear Counsel:

    This will confirm the results of our conference call on June 3, 2021. Defense motions are due June 22, 2021; the government's response is due July 2, 2021. A motions hearing in the courthouse has been scheduled for **Wednesday, July 7, 2021**, at **10:00 a.m**. The courtroom location will be determined before that date. The trial (4-5 day, jury) remains set for August 16, 2021.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                    Sincerely yours,

                                    /S/

                                    Catherine C. Blake
                                    United States District Judge