UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

July 29, 2021

MEMORANDUM TO COUNSEL

Re:   *United States v. Davonte Harrison, et al.*
      Criminal No. CCB-19-0575

Dear Counsel:

This will confirm the results of our conference call on Tuesday, July 27, 2021.

The pretrial conference is scheduled for **August 4, 2021** at **5:15 p.m.** in my chambers. Joint voir dire, the government's jury instructions (with a copy e:mailed to the Chambers box MDD CCBChambers@mdd.uscourts.gov), and any motions in limine are due at the pretrial conference.

The trial of this case (4-5 days, jury) will begin on **August 16, 2021** at **10:00 a.m.**  Counsel should come to chambers at 9:30 a.m. that morning.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge