FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2021 AUG 20  PM 3: 53

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | Criminal No.: CCB 19-0575 |
| DAVANTE HARRISON | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit Number | Bates Begin or Evidence Item | Description of Exhibit | Mark for I.D. | Admitted |
| --- | --- | --- | --- | --- |
| 1 | N/A | 10/01/2019 Surveillance Video of Christopher Jerry at BP Gas Station | AUG 17 2021 | AUG 17 2021 |
| 2 | N/A | 10/01/2019 Surveillance Video of Davante Harrison Exiting Silver Kia | AUG 17 2021 | AUG 17 2021 |
| 3 | N/A | Google Map Screenshot of Kalb Manor | AUG 17 2021 | AUG 17 2021 |
| 4 | N/A | Google Map Screenshot of South Downtown Baltimore | AUG 17 2021 | AUG 17 2021 |
| 5 | N/A | Google Map Screen of Area around 111 West Heath Street | AUG 17 2021 | AUG 17 2021 |
| 6 | N/A | Rent Roll for 111 W. Heath Street | AUG 17 2021 | AUG 17 2021 |
| 7A-D | N/A | Pole Camera Videos of Harrison entering and exiting 111 W. Heath Street | AUG 17 2021 | AUG 17 2021 |
| 8 | N/A | Surveillance Video from Delaware Park Casino on 9/22/2019 | AUG 17 2021 | AUG 17 2021 |
| 9 | N/A | Surveillance Video from Delaware Park Casino on 9/23/2019 | AUG 17 2021 | AUG 17 2021 |
| 10A-C | N/A | Surveillance Video from Delaware Park Casino on 9/25/2019 | AUG 17 2021 | AUG 17 2021 |
| 11 | N/A | Surveillance Video from Delaware Park Casino on 11/13/2019 | AUG 17 2021 | AUG 17 2021 |
| 12 | N/A | Surveillance Video from Delaware Park Casino on 11/19/2019 | AUG 17 2021 | AUG 17 2021 |
| 13A-B | N/A | Surveillance Video from Delaware Park Casino on 11/21/2019 | AUG 17 2021 | AUG 17 2021 |
| 14 | N/A | 11/13/2019 Surveillance Video of Davante Harrison at 111 W. Heath Street | AUG 17 2021 | AUG 17 2021 |

| | | | | |
|---|---|---|---|---|
| 15 | N/A | Continued 11/13/2019 Surveillance Video for Davante Harrison at 111 W. Heath Street | AUG 1 7 2021 | AUG 1 7 2021 |
| 16A | 1B131 | D & G Bag and Personal Property | AUG 1 7 2021 | AUG 1 7 2021 |
| 16B | 1B129 | Harrison Passport | | |
| 16C | N/A | Photo of Davante Harrison | AUG 1 7 2021 | AUG 1 7 2021 |
| 16D | N/A | Photo of Fanny Pack | AUG 1 7 2021 | AUG 1 7 2021 |
| 16E | N/A | Photo of Interior of Vehicle Compartment | AUG 1 7 2021 | AUG 1 7 2021 |
| 16F | N/A | Photo of Interior of Trunk | AUG 1 7 2021 | AUG 1 7 2021 |
| 16G | N/A | Photo of License Plate | AUG 1 7 2021 | AUG 1 7 2021 |
| 16H | N/A | Photo of Rental Agreement | AUG 1 7 2021 | AUG 1 7 2021 |
| 16I | N/A | Photo of Drugs in Center Console | AUG 1 7 2021 | AUG 1 7 2021 |
| 16J | N/A | Photo of Davante Harrison and Gold Chains | AUG 1 7 2021 | AUG 1 7 2021 |
| 16K | N/A | Photo of Three Gold Chains | AUG 1 7 2021 | AUG 1 7 2021 |
| 17A | 1B122 | Clear Plastic Bag containing Grey Powdery Substance | AUG 1 8 2021 | AUG 1 8 2021 |
| 17B | 1B123 | Clear Plastic Bag containing White Powdery Substance | AUG 1 8 2021 | AUG 1 8 2021 |
| 17C | 1B124 | Half of Gray Colored Pill | | |
| 17D | 1B125 | One and One Half of a Gray Pill | | |
| 17E | 1B126 | Green Oval Pill | | |
| 17F | 1B128 | Two Suboxone Strips | | |
| 18A | 1B111 | Black Glock 23, .40 Caliber Handgun with Extended Magazine | AUG 1 7 2021 | AUG 1 7 2021 |
| 18B | 1B112 | Seventeen Live .40 Caliber Bullets and DNA Swabs | AUG 1 7 2021 | AUG 1 7 2021 |

| 19 | 1B53 | Set of Keys found on Harrison | AUG 1 7 2021 | AUG 1 7 2021 |
|---|---|---|---|---|
| 20A-X | N/A | Search Warrant Photos of 111 W. Heath Street, Apartment 513 | AUG 1 7 2021 | AUG 1 7 2021 |
| 21A | 1B114 | Grey Powdery Substance inside a Plastic Bag | AUG 1 8 2021 | AUG 1 8 2021 |
| 21B | 1B115 | Five Individual Plastic Bags containing a White Powdery Substance | AUG 1 8 2021 | AUG 1 8 2021 |
| 21C | 1B116 | White Powdery Substance inside of a Plastic Bag | AUG 1 8 2021 | AUG 1 8 2021 |
| 21D | 1B117 | Two Individual Plastic Bags Containing a White Powdery Substance | AUG 1 8 2021 | AUG 1 8 2021 |
| 21E | 1B118 | White Tub Container Containing a Gray Powdery Substance | AUG 1 8 2021 | AUG 1 8 2021 |
| 21F | 1B119 | White Container with Blue Lid Containing Gray Powdery Substance | AUG 1 8 2021 | AUG 1 8 2021 |
| 21G | 1B120 | White Powdery Substance from Red Solo Cup | AUG 1 8 2021 | AUG 1 8 2021 |
| 21H | 1B121 | Red Solo Cup | AUG 1 8 2021 | AUG 1 8 2021 |
| 22 | 1B54 | Jean Jacket | | |
| 23 | 1B55 | Set of Keys (Jerry) | | |
| 24 | 1B56 | Two Mixing Bowls, One Pestle, One Sifter, One Digital Scale Battery Cover | | |
| 25 | 1B57 | Visa Credit Card in the name of "Christopher Jerry" XXX-XX-0350 | | |
| 26 | 1B58 | Black Purse with Gray Logos | | |
| 27 | 1B59 | Royal Sovereign Electronic Money Counter, Model: RBC-1003BK; No.: K1607LA69808 with Power Cord | | |
| 28 | 1B60 | Black and Red Headphones with Red Cord | | |
| 29 | 1B50 | Three Gold Chains with Clear Stones | AUG 1 7 2021 | AUG 1 7 2021 |
| 30 | 1B107 | Black Smith & Wesson 9mm Handgun with Magazine | AUG 1 7 2021 | AUG 1 7 2021 |
| 31 | 1B108 | Five .22 Caliber Live Bullets | AUG 1 7 2021 | AUG 1 7 2021 |
| 32 | 1B109 | Black .22 Caliber Beretta Handgun with Magazine | AUG 1 7 2021 | AUG 1 7 2021 |
| 33 | 1B110 | Sixteen Live Bullets | AUG 1 7 2021 | AUG 1 7 2021 |

| 34 | 1B10 | 5 Delaware Park Gambling Tickets | AUG 17 2021 | AUG 17 2021 |
|---|---|---|---|---|
| 35 | 1B12 | Digital Scale | AUG 17 2021 | AUG 17 2021 |
| 36 | 1B24 | Wells Fargo Bank Statement for Davante Harrison | AUG 17 2021 | AUG 17 2021 |
| 37 | 1B25 | Bank of America Statements | AUG 17 2021 | AUG 17 2021 |
| 38 | 1B26 | Check No. 1592613 from City of Baltimore to Davante Harrison for $3,360.00 | AUG 17 2021 | AUG 17 2021 |
| 40 | 1B113 | Orange Prescription Pill Bottle | | |
| 41 | 1B127 | Louis Vuitton Bag | | |
| 42 | N/A | Vehicle Tracking Data (Excel) | AUG 17 2021 | AUG 17 2021 |
| 43 | N/A | Firearm Operability Report | AUG 18 2021 | AUG 18 2021 |
| 44 | N/A | Interstate Nexus Report | AUG 18 2021 | AUG 18 2021 |
| 45 | N/A | Cell Phone Pings (Excel) | | |
| 46 | N/A | FBI CAST Report | AUG 18 2021 | AUG 18 2021 |
| 47 | N/A | Drug Analysis of CDS Recovered from 111 W. Heath Street | AUG 17 2021 | AUG 18 2021 |
| 48 | N/A | Drug Analysis of CDS Recovered from 10310 Gelding Drive | AUG 18 2021 | AUG 18 2021 |
| 49 | N/A | FBI 302 Report on November 3, 2019 | AUG 17 2021 | |
| 50 | N/A | Stipulation | AUG 19 2021 | AUG 19 2021 |

4