# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-19-0575 |
| | * | |
| DAVANTE HARRISON, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*

## Count One

How do you find the defendant, Davante Harrison, as to Count One of the Indictment, conspiracy to distribute controlled substances, not guilty or guilty?

Not Guilty _____          Guilty _____

**IF YOU ANSWERED "NOT GUILTY" TO COUNT ONE, THEN PROCEED TO COUNT TWO.**

**IF YOU ANSWERED "GUILTY" TO COUNT ONE, THEN PROCEED TO QUESTIONS A, B, AND C DIRECTLY BELOW.**

A. If you find the defendant, Davante Harrison, guilty as to Count One, indicate below which controlled substances were reasonably foreseeable to the Defendant:

(Check All That Apply)

Heroin _____

Fentanyl _____

Cocaine _____

Cocaine Base _____

B. If you determined that fentanyl was reasonably foreseeable to the Defendant, how do you find as to the amount of fentanyl attributable to the Defendant? This finding also must be made unanimously and beyond a reasonable doubt.

(PICK ONE)

400 grams of fentanyl _____

40 grams of fentanyl _____

Less than 40 grams of fentanyl _____

C. If you determined that heroin was reasonably foreseeable to the Defendant, how do you find as to the amount of heroin attributable to the Defendant? This finding also must be made unanimously and beyond a reasonable doubt.

(PICK ONE)

100 grams of heroin _____

Less than 100 grams of heroin _____

## Count Two

How do you find the defendant, Davante Harrison, as to Count Two of the Indictment, possession with the intent to distribute heroin, not guilty or guilty?

Not Guilty _____          Guilty _____

## Count Three

How do you find the defendant, Davante Harrison, as to Count Three of the Indictment, possession of a firearm by a prohibited person, not guilty or guilty?

Not Guilty _____          Guilty _____

**IF YOU ANSWERED "NOT GUILTY" TO COUNT TWO, THEN YOU MUST ANSWER "NOT GUILTY" AS TO COUNT FOUR.**

**IF YOU ANSWERED "GUILTY" TO COUNT TWO AS TO THE DEFENDANT, THEN PROCEED TO ANSWER COUNT FOUR.**

## **Count Four**

How do you find the defendant, Davante Harrison, as to Count Four of the Indictment, possession of a firearm in furtherance of a drug trafficking crime, not guilty or guilty?

Not Guilty _____          Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

8/20/2021
Date

**SIGNATURE REDACTED**

Foreperson